IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MILES ORLANDO LEE,

                Petitioner,                            ORDER

      v.                                              08-cv-340-bbc

WARDEN HOLINKA; CAPTAIN
TRATE; CHAPLIN LIBERSTEIN;
C/O FRUIK; FOOD SERVICE PEDERSON;
LT. SIENA; LT. SADOWSKI; and
SPECIAL HOUSING UNIT PROPERTY
OFFICER (John Doe),

                Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Miles Orlando Lee has written a letter asking about the status of his case. The envelope bearing his letter shows that his address has changed. He is now confined at the United States Penitentiary in Beaumont, Texas, after having been moved from the Federal Correctional Institution in Littleton, Colorado, where he reported he was living when he filed his lawsuit. A review of the docket sheets shows that on October 6, 2008, this court mailed petitioner at his Littleton, Colorado address an order dated October 3, 2008. In the order, petitioner was advised that his complaint violates Fed. R. Civ. P. 20. I listed several

1

Copy of this document has been provided to: [handwritten]
this ___ day of ___, 20__
by ___
M. Hardin, Secretary to
Judge John C. Shabaz

options from which petitioner could choose to proceed and asked him to advise the court of his choice no later than October 16, 2008. The order stated that if, by October 16, 2008, petitioner failed to respond as directed, his case would be dismissed. As it turns out, petitioner's letter was received before his case could be closed. However, as the circumstances here make clear, it is petitioner's responsibility to advise the court of any change in his address as promptly as possible. His failure to do so may result in the dismissal of his case for lack of prosecution.

Because petitioner's letter convinces me that he is interested in pursuing his case, I am sending him another copy of the October 3 order, but in this order, I will extend the deadline for petitioner's response in order to allow him a reasonable opportunity to respond.

ORDER

IT IS ORDERED that

1. The deadline for petitioner to respond to the October 3, 2008 order is EXTENDED to November 10, 2008. A copy of the October 3, 2008 order is enclosed to petitioner with a copy of this order.

2. For any lawsuit that petitioner advises the court he intends to prosecute (other than the one petitioner chooses to keep assigned to this case number) he will owe a separate $350 filing fee, which he must pay in full, beginning with a $.31 initial partial payment,

which is due to be submitted to the clerk of court no later than November 17, 2008.

3. If, by November 10, 2008, petitioner fails to respond to this order, I will enter an order dismissing the lawsuit as it presently exists for petitioner's failure to prosecute.

Entered this ____27th____ day of October, 2008.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
District Judge

3