# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

| | |
|---|---|
| MILES ORLANDO LEE, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | Case No.: 08-cv-340-bbc |
| v. | |
| WARDEN HOLINKA; CAPTAIN TRATE; CHAPLIN LIBERSTEIN; C/O FRUIK; FOOD SERVICE PEDERSON; LT. SIENA; LT. SADOWSKI; and SPECIAL HOUSING UNIT PROPERTY OFFICER (John Doe),, | |
| Respondents. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is dismissed against respondents.**


JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin

**by Deputy Clerk**                                         _____11/14/08_____
                                                                                    Date